UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

GUSTAVO B. SAMPAIO,

    Plaintiff,

v.

LAW OFFICES OF ROSS GELFAND, LLC,

    Defendant.

_____/

# COMPLAINT
# JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.* ("FCCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq.* ("TCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3. Plaintiff, GUSTAVO B. SAMPAIO, is a natural person, and citizen of the State of Florida, residing in Miami-Dade County, Florida.

4.  Defendant, LAW OFFICES OF ROSS GELFAND, LLC, is a limited liability company and citizen of the State of Georgia with its principal place of business at Suite 150, 1265 Minhinette Drive, Roswell, Georgia 30075.

5.  Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6.  Defendant regularly collects or attempts to collect debts for other parties.

7.  Defendant is a "debt collector" as defined in the FDCPA.

8.  Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9.  Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10.  Defendant left the following messages on Plaintiff's voice mail on her cellular telephone on or about the dates stated:

> March 18, 2008 – Pre-Recorded Message
> This is a message for Gustavo Sampaio regarding a personal business matter. This is not a telemarketing or sales call. If you are not Gustavo Sampaio, please hang up or disconnect immediately. If you are Gustavo Sampaio, please continue to listen to this message. There will now be a 3 second pause in this message.
>
> March 19, 2008 – Pre-Recorded Message
> This is a message for Gustavo Sampaio regarding a personal business matter. This is not a telemarketing or sales call. If you are not Gustavo

Sampaio, please hang up or disconnect immediately. If you are Gustavo Sampaio, please continue to listen to this message. There will now be a 3 second pause in this message.

March 20, 2008 – Pre-Recorded Message
This is a message for Gustavo Sampaio regarding a personal business matter. This is not a telemarketing or sales call. If you are not Gustavo Sampaio, please hang up or disconnect immediately. If you are Gustavo Sampaio, please continue to listen to this message. There will now be a 3 second pause in this message.

March 21, 2008 – Pre-Recorded Message
This is a message for Gustavo Sampaio regarding a personal business matter. This is not a telemarketing or sales call. If you are not Gustavo Sampaio, please hang up or disconnect immediately. If you are Gustavo Sampaio, please continue to listen to this message. There will now be a 3 second pause in this message.

March 22, 2008 – Pre-Recorded Message
This is a message for Gustavo Sampaio regarding a personal business matter. This is not a telemarketing or sales call. If you are not Gustavo Sampaio, please hang up or disconnect immediately. If you are Gustavo Sampaio, please continue to listen to this message. There will now be a 3 second pause in this message.

March 24, 2008 – Pre-Recorded Message
This is a message for Gustavo Sampaio regarding a personal business matter. This is not a telemarketing or sales call. If you are not Gustavo Sampaio, please hang up or disconnect immediately. If you are Gustavo Sampaio, please continue to listen to this message. There will now be a 3 second pause in this message.

September 16, 2008
Gustavo Sampaio, please contact India here at the attorney's office at 770-840-8482. My extension is 4709.

March 3, 2009
Yes, I am trying to reach Gustavo Sampaio, S-A-M-P-A-I-O, to contact Ms. Miline. Please contact the law firm at 1-800-899-4353. I am at extension

4671. Once again, Gustavo please contact Ms. Miline. Please contact the law firm at 1-800-899-4353, extension 4671.

March 4, 2009 – Pre-Recorded Message
Hello. This is a message for Gustavo Sampaio regarding a personal business matter. This is not a telemarketing or sales call. If you are not Gustavo Sampaio, please hang up or disconnect immediately. If you are Gustavo Sampaio, please continue to listen to this message. There will now be a 3 second pause in this message.

March 17, 2009
Yes, Gustavo, this is Ms. Miline. Please contact me back 1-800-899-4353, extension 4671. Once again, Gustavo contact Ms. Miline, 1-800-899-4353, extension 4671.

March 19, 2009
Yes, Gustavo, this is Ms. Miline. Please contact me back. Contact the law firm 1-800-899-4353, extension 4671.

March 30, 2009
Yes, Gustavo, this is Ms. Miline. Please contact me back. 1-800-899-4353, extension 4671. Thank you.

April 18, 2009 – Pre-Recorded Message
Hello.  This is a message for Gustavo Sampaio regarding a personal business matter.  This is not a telemarketing or a sales call.  If you are not Gustavo Sampaio, please hang up or disconnect immediately.  If you are Gustavo Sampaio, please continue to listen to this message.  There will now be a 3 second pause to this message.

April 25, 2009 – Pre-Recorded Message
Hello.  This is a message for Gustavo Sampaio regarding a personal business matter.  This is not a telemarketing or a sales call.  If you are not Gustavo Sampaio, please hang up or disconnect immediately.  If you are Gustavo Sampaio, please continue to listen to this message.  There will now be a 3 second pause in this message.

May 9, 2009 – Pre-Recorded Message
Hello.  This is a message for Gustavo Sampaio regarding a personal business matter.  This is not a telemarketing or a sales call.  If you are not Gustavo

Sampaio, please hang up or disconnect immediately.  If you are Gustavo Sampaio, please continue to listen to this message.  There will now be a 3 second pause in this message.  This is the law offices of the Ross Gelfand.  You can contact us between 8:30 AM and 9:00 PM Eastern Time at 800-899-4353.  Once again, we have a message for Gustavo Sampaio regarding a personal business matter.  Please call us back at 800-899-4353.  Thank you.  Goodbye.

<u>May 12, 2009</u>
Yes, Mr. Sampaio, this is Miss Maline.  Please contact me back 1-800-899-4353 extension 4671.

<u>May 16, 2009 – Pre-Recorded Message</u>
Hello.  This is a message for Gustavo Sampaio regarding a personal business matter.  This is not a telemarketing or a sales call.  If you are not Gustavo Sampaio, please hang up or disconnect immediately.  If you are Gustavo Sampaio, please continue to listen to this message.  There will now be a 3 second pause in this message.

<u>June 7, 2009 – Pre-Recorded Message</u>
Hello.  This is a message for Gustavo Sampaio regarding a personal business matter.  This is not a telemarketing or a sales call.  If you are not Gustavo Sampaio, please hang up or disconnect immediately.  If you are Gustavo Sampaio, please continue to listen to this message.  There will now be a 3 second pause in this message.

<u>June 23, 2009</u>
Gustavo Sampaio, this is Mark Stewart with the attorney's office of Ross Gelfand.  Call me at 1-800-899-4353 extension 4634.  Goodbye.

<u>July 10, 2009 – Pre-Recorded Message</u>
Is not Gustavo Sampaio, please press 2 now.  Once again, if this is Gustavo Sampaio, please press 1 now.  This is not a telemarketing or a sales call.  If this is not Gustavo Sampaio, please press 2 now.  Hello.  This is a message for Gustavo Sampaio regarding a personal business matter.  This is not a telemarketing or a sales call.  If you are not Gustavo Sampaio, please hang up or disconnect immediately.  If you are Gustavo Sampaio, please continue to listen to this message.  There will now be a 3 second pause in this message.

<u>July 11, 2009 – Pre-Recorded Message</u>
Hello.  This is a message for Gustavo Sampaio regarding a personal business matter.  This is not a telemarketing or a sales call.  If you are not Gustavo Sampaio, please hang up or disconnect immediately.  If you are Gustavo Sampaio, please continue to listen to this message.  There will now be a 3 second pause in this message.

<u>July 20, 2009 – Pre-Recorded Message</u>
Call is very important to us.  We'll be with you shortly.  Please continue to hold.  Your call is very important to us.  We'll be with you shortly.  We're sorry, but we are temporarily unable to connect you with a representative.  However, your call is very important to us.  Please call back to 800-899-4353 and mention reference number 09854881.  Thank you.  Goodbye.

<u>July 22, 2009 – Pre-Recorded Message</u>
_____ (inaudible).  Goodbye.

<u>July 24, 2009 – Pre-Recorded Message</u>
Hello.  This is a message for Gustavo Sampaio regarding a personal business matter.  This is not a telemarketing or a sales call.  If you are not Gustavo Sampaio, please hang up or disconnect immediately.  If you are Gustavo Sampaio, please continue to listen to this message.  There will now be a 3 second pause in this message.

<u>July 25, 2009 – Pre-Recorded Message</u>
Hello.  This is a message for Gustavo Sampaio regarding a personal business matter.  This is not a telemarketing or a sales call.  If you are not Gustavo Sampaio, please hang up or disconnect immediately.  If you are Gustavo Sampaio, please continue to listen to this message.  There will now be a 3 second pause in this message.

<u>July 31, 2009</u>
I'm leaving a message for Gustavo Sampaio.  Return the call to Mr. Grand.  This is in reference to you and Christine Sampaio.  Please return my call today.  I need a call to the toll free number of 1-800-899-4353.  My extension is 4625.

<u>August 15, 2009</u>
I'm trying to leave a message for Gustavo Sampaio or Christine Sampaio.  I need you to give a call to Mr. Grand.  Actually need an immediate call or as

soon as possible.  My phone number is 1-800-899-4353.  My extension is 4625.  Goodbye.

August 27, 2009
I'm looking for Gustavo Sampaio.  Please contact Eddie Ferguson.  Please give me a call back.  My number here is 1-800-899-4353.  My direct extension is 4725.  Mr. Gustavo, I do need you to please contact my office.  This is Mr. Ferguson.  I'm calling in reference to a very important matter.  Make sure you contact me back.  Like I said, I'm here to about 7 o'clock tonight.  Be sure to get in contact with this office.  This is Mr. Ferguson.  Thank you very much.  That number 1-800-899-4353 extension 472.  Goodbye.

August 29, 2009
Hello.  This message is for Gustavo.  Gustavo, this is Eddie Ferguson.  I do need you to please give me a call back, Gustavo.  You can reach me.  My number here is 1-800-899-4353. Goodbye.

11. Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12. The messages are "communications" as defined by 15 U.S.C.

§1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-

Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. Defendant failed to inform Plaintiff in the messages that the

communication was from a debt collector and failed to disclose the purpose of

Defendant's messages and failed to disclose Defendant's name.

14. Defendant used an automatic telephone dialing system or a pre-

recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

7

15. Plaintiff did not expressly consent to Defendant's placement of telephone calls to Plaintiff's cellular telephone by the use of an automatic telephone dialing system or a pre-recorded or artificial voice prior to Defendant's placement of the calls.

16. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

17. Defendant willfully or knowingly violated the TCPA.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

18. Plaintiff incorporates Paragraphs 1 through 17.

19. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See <u>Foti v. NCO Fin. Sys</u>., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and <u>Belin v. Litton Loan Servicing</u>, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and <u>Leyse v. Corporate Collection Servs</u>., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

## COUNT II

## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

20.     Plaintiff incorporates Paragraphs 1 through 17.

21.     Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name, that it is a debt collector, and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc.*, Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); *Wright v. Credit Bureau of Georgia, Inc.,* 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.,* 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

  a.     Damages;

  b.     Attorney's fees, litigation expenses and costs of suit; and

  c.     Such other or further relief as the Court deems proper.

## COUNT III
## TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

22.     Plaintiff incorporates Paragraphs 1 through 17.

23.     Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C

§1692d(5). See *Sanchez v. Client Servs*., 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT IV
## TELEPHONIC HARASSMENT AND ABUSE FOR UNAUTHORIZED CALLS TO A CELLULAR TELEPHONE

24.    Plaintiff incorporates Paragraphs 1 through 17.

25.    Defendant engaged in conduct the natural consequence of which is to harass, oppress, or abuse by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular telephone to which Plaintiff had not consented, in violation of 15 U.S.C §1692d.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT V

## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

26. Plaintiff incorporates Paragraphs 1 through 17.

27. Defendant asserted the right to collect a debt by leaving telephone messages for Plaintiff without disclosing that it is a debt collector and the purpose of its communications and its name when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit;

    c. declaring that Defendant's practices violate the FCCPA;

    d. permanently injoining Defendant from engaging in the complained of practices; and

    e. Such other or further relief as the Court deems proper.

## COUNT VI
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

28. Plaintiff incorporates Paragraphs 1 through 17.

29. By failing to disclose that it is a debt collector, its name and the purpose of its communication, by using an automatic telephone dialing system or pre-recorded or artificial voice in placing telephone calls to Plaintiff's cellular

11

telephone to which Plaintiff had not consented, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

30. The FCCPA provides for equitable relief including injunctive relief. <u>Berg v. Merchs. Ass'n Collection Div</u>., 586 F. Supp. 2d 1336, 1345, (S.D. Fla. 2008).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Damages;

    b. Attorney's fees, litigation expenses and costs of suit;

    c. declaring that Defendant's practices violate the FCCPA;

    d. permanently injoining Defendant from engaging in the complained of practices; and

    e. Such other or further relief as the Court deems proper.

## COUNT VII
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

31. Plaintiff incorporates Paragraphs 1 through 17.

32. Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial

voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a. Damages;

b. a declaration that Defendant's calls violate the TCPA;

c. a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of any person using an automatic telephone dialing system or pre-recorded or artificial voice without the prior express consent of the called party; and

d. Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

>DONALD A. YARBROUGH, ESQ.
>Attorney for Plaintiff
>Post Office Box 11842
>Ft. Lauderdale, FL 33339
>Telephone: 954-537-2000
>Facsimile: 954-566-2235
>donyarbrough@mindspring.com
>
>By: s/ Donald A. Yarbrough
>    Donald A. Yarbrough, Esq.
>    Florida Bar No. 0158658