UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-22071-Civ-Ungaro/Simonton

GUSTAVO B. SAMPAIO,

 Plaintiff,

v.

LAW OFFICES OF ROSS GELFAND, LLC,

 Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

   Respectfully submitted,

   DONALD A. YARBROUGH, ESQ.
   Attorney for Plaintiff
   Post Office Box 11842
   Fort Lauderdale, Florida 33339
   Telephone: (954) 537-2000
   Facsimile: (954) 566-2235
   donyarbrough@mindspring.com

   s/Donald A. Yarbrough
   Donald A. Yarbrough, Esq.
   Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:   10-22071-Civ-Ungaro/Simonton

GUSTAVO B. SAMPAIO,

    Plaintiff,

v.

LAW OFFICES OF ROSS GELFAND, LLC,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 19, 2010 I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              s/Donald A. Yarbrough
                                              Donald A. Yarbrough, Esq.

## SERVICE LIST

Ross Gelfand, Esq.
Law Offices of Ross Gelfand, LLC
1265 Minhinette Drive
Roswell, GA 30075
Telephone: 770-840-8482 x 4601

Via U.S. Mail and courtesy copy via electronic mail.