UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 10-22071-CIV-UNGARO

GUSTAVO SAMPAIO,

    Plaintiff,

v.

LAW OFFICES OF ROSE GELFAND, LLC,

    Defendant.

## ADMINISTRATIVE ORDER CLOSING CASE

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice. (D.E. 5.)

THE COURT is fully advised in the premises. Accordingly, it is hereby

ORDERED AND ADJUDGED that for administrative purposes this case is hereby CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of July, 2010.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record